Case NO.: _____



SEARCH WARRANT NO._____

ATTACHMENT IN SUPPORT OF AFFIDAVIT FOR SEARCH WARRANT

TRAINING RECORD OF SCENT DETECTION CANINE TEAM

Officer C. Scott & K-9 "Skye"

The facts tending to establish the forgoing grounds for issuance of a search warrant are as follows:

1. The affiant is Officer CATHERINE SCOTT, who has been employed as a certified Police Officer for the State of Alaska with the Ted Stevens Anchorage International Airport Police Department since November 2016. I attended the following training: Alaska Law Enforcement Training Academy in Sitka, Alaska (1,009 hours), which included 8 hours of controlled substance identification, 16 hours of search and seizure and 8 hours of search warrants. I have been assigned as the Anchorage Airport Police K-9 Handler since November 2017. The affiant completed a 200 hour Drug Detection Handling course through Kasseburg Canine Training in New Market, AL with K-9 "Skye" in October through November 2017.

2. K-9 "Skye" is a female Belgian Malinois. K-9 "Skye" completed a 200 hour Single Purpose Drug Detection K-9 Academy on November 10, 2017. K-9 "Skye" is certified in the detection of controlled substances: **Cocaine, Heroin, and Methamphetamine** on November 10, 2017 with Kesseburg Canine Training and on November 17, 2017 with NNDDA. On July 27th, 2020 K-9 "Skye" certified in the detection of controlled substances: Heroin, Cocaine, and Methamphtamine.

3. From June 5th, 2020 (most recent state certification) to present, K-9 SKYE has been commanded to sniff for the presence of the odor of controlled substances approximately _85_ times during scent detection training and has indicated on _85_ of the training substances when commanded. K-9 "Skye" performs blank training searches where no controlled substances are present and also trains in a variety of environments and conditions including luggage, vehicles, boxes, residences, offices, warehouses, schools, and open areas as part of her maintenance training.

4. SPECIFICS:

    On 9/23/2020 at about 0930 hours, I was requested by US Postal Inspector Laumb to conduct a K-9 Sniff with K-9 Skye on a suspected parcel at the Postal Inspectors office located in Anchorage. I was briefed about the suspicions regarding the parcel/package. The Parcel was placed in the storage room. I conducted a K-9 drug detection sniff with K-9 Skye in the area containing the parcel, a priority mail express, bearing tracking number EE 206730048 US. On 9/23/2020 at about 1027 hours, K-9 Skye displayed "Alert" behavior and then "Indicated" at the parcel for the presence of the odor of controlled substances emitting from the parcel.

_____  
Ofc. Catherine Scott

UU Notary Available.

9/23/2020  
Date

Inspection Service  
Exhibit  
2  
Label 113, July 1987