# UNITED STATES DISTRICT COURT
for the
District of Alaska

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 4:20-MJ-00070-SAO
USPS Priority Mail Express Parcel EE206730048US )
addressed to "Symeriah Scott 505 Stewart St Apt F4 )
Fairbanks AK 99701" )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Alaska _____
*(identify the person or describe the property to be searched and give its location):*

USPS Priority Mail Express Parcel EE206730048US addressed to "Symeriah Scott 505 Stewart St Apt F4 Fairbanks AK 99701" from "Holder Fowler 2200 W Olympic BLVD Los Angeles CA 90006" located at the 341 W Tudor Rd. Ste. 208, Anchorage, AK 99503.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
See Affidavit Attachment, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 7, 2020 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Scott A. Oravec _____.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for 30 days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: September 23, 2020 at 12:15pm

_____
Judge's signature

City and state: Fairbanks, Alaska    SCOTT A. ORAVEC, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>4:20-MJ-00070-SAO | Date and time warrant executed:<br>September 23, 2020 12:16 PM | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of:<br>Inspector Kevin Horne | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

Approximately 2 pounds 1.6 ounces of a green leafy substance consistent with marijuana Cardboard packaging material and internal wrappings

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: September 23, 2020

Received by Scott Oravec
United States Magistrate Judge
On 2/22/2021

_Executing officer's signature_

Alexander Lamb, US Postal Inspector
_Printed name and title_